Certificate Number: 15111-PAE-DE-034145519

Bankruptcy Case Number: 20-10927



15111-PAE-DE-034145519

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2020, at 4:23 o'clock PM EST, Patricia Connell Weathers completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2020

By:  /s/Stephanie Sandison for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education