# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Patricia Connell Weathers, | : | CASE NO.: 20-10927-pmm |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Patricia Connell Weathers, | : | |
| | : | MOTION TO AVOID LIEN |
| Movants, | : | 11 U.S.C § 522(f) |
| | : | |
| v. | : | **HEARING DATE: May 12, 2020** |
| | : | **HEARING TIME: 11:00 am** |
| Portfolio Recovery Associates, LLC | : | **HEARING PLACE: Courtroom No. 1** |
| 120 Corporate Blvd. | : | **The Gateway Building** |
| Norfolk VA 23502 | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |

## ORDER AVOIDING JUDGMENT LIEN

Upon the motion of the Debtor (s) and any response thereto, it is hereby ORDERED the lien of Portfolio Recovery Associates, LLC indexed at Northampton County Docket No. C-48-CV-2012-08035 impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The lien is void and unenforceable.

Dated: **May 12, 2020**

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE