United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia Connell Weathers  
    Debtor

Case No. 20-10927-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: May 12, 2020  
                       Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2020.  
db         +Patricia Connell Weathers,    4285 Alder Road,    Bethlehem, PA 18020-7841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: bnc@atlasacq.com May 13 2020 03:38:36      Atlas Acquisitions LLC,    294 Union St.,   
            Hackensack, NJ 07601-4303  
14468002       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 03:47:54  
            Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238  
14477293      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 03:48:06      Capital One Bank,   
            PO Box 71083,    Charlotte, NC 28272-1083  
14487170      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2020 03:48:07  
            Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901  
                                                                                                                                                                                                                                                                         TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
14477294*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285  
             (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,   
             Richmond, VA 23238)  
                                                                                                                                                                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2020 at the address(es) listed below:  
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com  
          PATRICK J. BEST    on behalf of Debtor Patricia Connell Weathers patrick@armlawyers.com,   
          kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                                                                       TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Patricia Connell Weathers, | : | CASE NO.: 20-10927-pmm |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Patricia Connell Weathers, | : | |
| | : | MOTION TO AVOID LIEN |
| Movants, | : | 11 U.S.C § 522(f) |
| | : | |
| v. | : | **HEARING DATE: May 12, 2020** |
| | : | **HEARING TIME: 11:00 am** |
| Capital One Bank (USA), N.A. | : | **HEARING PLACE: Courtroom No. 1** |
| 1680 Capital One Drive | : | **The Gateway Building** |
| McLean, VA 22102-3491 | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |
| Respondent. | : | |

## ORDER AVOIDING JUDGMENT LIEN

Upon the motion of the Debtor (s) and any response thereto, it is hereby ORDERED the lien of Capital One Bank (USA), N.A indexed at Northampton County Docket No. C-48-CV-2014-01088 impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The lien is void and unenforceable.

Dated: **May 12, 2020**

_/s/ Patricia M. Mayer_
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE