United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10927-pmm
Patricia Connell Weathers                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1            Date Rcvd: May 12, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db              +Patricia Connell Weathers,   4285 Alder Road,    Bethlehem, PA 18020-7841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bnc@atlasacq.com May 13 2020 03:38:36    Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                          TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              PATRICK J. BEST    on behalf of Debtor Patricia Connell Weathers patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
               om
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patricia Connell Weathers,       :       CASE NO.:  20-10927-pmm
                                         :
          Debtor.                        :       CHAPTER 7

---

Patricia Connell Weathers,               :
                                         :       MOTION TO AVOID LIEN
          Movants,                       :       11 U.S.C § 522(f)
                                         :
     v.                                  :       **HEARING DATE: May 12, 2020**
                                         :       **HEARING TIME: 11:00 am**
Midland Funding, LLC                     :       **HEARING PLACE: Courtroom No. 1**
PO Box 939069                            :       **The Gateway Building**
San Diego CA 92193                       :       **201 Penn Street**
                                         :       **Reading, PA 19601**

### ORDER AVOIDING JUDGMENT LIEN

Upon the motion of the Debtor (s) and any response thereto, it is hereby ORDERED the

lien of Midland Funding, LLC indexed at Northampton County Docket No. C-48-CV-2011-01173

impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The lien is

not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support

obligations). The lien is void and unenforceable.


Dated:  **May 12, 2020**

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE