United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10927-pmm
Patricia Connell Weathers                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1           Date Rcvd: May 12, 2020
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db             +Patricia Connell Weathers,    4285 Alder Road,    Bethlehem, PA 18020-7841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@atlasacq.com May 13 2020 03:38:36      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
14477310        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 03:48:07
                 Portfolio Recovery,    140 Corporate Blvd,    Norfolk, VA 23502
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              PATRICK J. BEST   on behalf of Debtor Patricia Connell Weathers patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
               om
              REBECCA ANN SOLARZ   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Patricia Connell Weathers, | : | CASE NO.: 20-10927-pmm |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| Patricia Connell Weathers, | : | |
| | : | MOTION TO AVOID LIEN |
| Movants, | : | 11 U.S.C § 522(f) |
| | : | |
| v. | : | **HEARING DATE: May 12, 2020** |
| | : | **HEARING TIME: 11:00 am** |
| Portfolio Recovery Associates, LLC | : | **HEARING PLACE: Courtroom No. 1** |
| 120 Corporate Blvd. | : | **The Gateway Building** |
| Norfolk VA 23502 | : | **201 Penn Street** |
| | : | **Reading, PA 19601** |

**ORDER AVOIDING JUDGMENT LIEN**

Upon the motion of the Debtor (s) and any response thereto, it is hereby ORDERED the lien of Portfolio Recovery Associates, LLC indexed at Northampton County Docket No. C-48-CV-2012-00821 impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The lien is void and unenforceable.

Dated: **May 12, 2020**

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE