```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                        Case No. 20-10927-pmm
Patricia Connell Weathers                                     Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith                 Page 1 of 3                  Date Rcvd: Jun 24, 2020
                              Form ID: 318                Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db             +Patricia Connell Weathers,    4285 Alder Road,    Bethlehem, PA 18020-7841
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
14468001       +Cap1/Wmt,   Po Box 30285,    Salt Lake City, UT 84130-0285
14468009       +Frc/Tbom,   5 Concourse Parkway, Suite 400,    Atlanta, GA 30328-9114
14480850       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
14468015       +Natl Tire&Battery/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14468017       +Progressive Physicians,    95 Highland Ave. Suite 130,    Bethlehem, PA 18017-9483
14468020       +St Luke’s Physician Group,    PO Box 25837,   Salt Lake City, UT 84125-0837
14468021       +St Luke’s University Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
14468025       +Tbom/Atls/Fortiva Mc,    5 Concourse Pkwy,   Atlanta, GA 30328-5350

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Jun 25 2020 08:58:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 05:20:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2020 05:20:52      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14491834       +EDI: ATLASACQU.COM Jun 25 2020 08:58:00      Atlas Acquisitions LLC,   on behalf of UHG I LLC,
                 294 Union St.,   Hackensack, NJ 07601-4303
14468000        E-mail/Text: bankruptcy@bbandt.com Jun 25 2020 05:19:36      Bb&T,   Po Box 2306,
                 Wilson, NC 27894
14467999       +EDI: AQUAFINANCE.COM Jun 25 2020 08:58:00      Bay Finance Company Ll,   1 Corporate Dr Ste 300,
                 Wausau, WI 54401-1724
14468002        EDI: CAPITALONE.COM Jun 25 2020 08:58:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238
14477293       +EDI: CAPITALONE.COM Jun 25 2020 08:58:00      Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
14487170       +EDI: AIS.COM Jun 25 2020 08:58:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14487171       +EDI: AIS.COM Jun 25 2020 08:58:00     Capital One N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14468003       +EDI: WFNNB.COM Jun 25 2020 08:58:00     Comenity Bank/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
14468004       +EDI: WFNNB.COM Jun 25 2020 08:58:00     Comenity Bank/Lnbryant,    Po Box 182789,
                 Columbus, OH 43218-2789
14468005       +EDI: WFNNB.COM Jun 25 2020 08:58:00     Comenitybank/Wayfair,    Po Box 182789,
                 Columbus, OH 43218-2789
14468006       +EDI: WFNNB.COM Jun 25 2020 08:58:00     Comenitycb/Overstock,    Po Box 182120,
                 Columbus, OH 43218-2120
14468007       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2020 05:20:00      Commonwealth of Pennsylvania,
                 Dept of Revenue - Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14468008       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 25 2020 05:15:04      Credit One Bank Na,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14468010       +EDI: IRS.COM Jun 25 2020 08:58:00     Internal Revenue Service,
                 Centralized Insolvency Operation,    P. O. Box 7346,    Philadelphia, PA 19101-7346
14468011        EDI: JPMORGANCHASE Jun 25 2020 08:58:00      Jpmcb Card,   Po Box 15369,    Wilmington, DE 19850
14495347        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2020 05:14:20      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14468012       +E-mail/Text: bk@lendingclub.com Jun 25 2020 05:21:18      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14480629        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 05:13:30       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14468013       +EDI: TSYS2.COM Jun 25 2020 08:58:00     Macys/Dsnb,    Po Box 8218,   Mason, OH 45040-8218
14468014       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 05:13:30       Merrick Bank Corp,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
14477307       +EDI: MID8.COM Jun 25 2020 08:58:00     Midland Funding,    2365 Northside Drive,   3rd Floor,
                 San Diego, CA 92108-2709
14474862       +EDI: AGFINANCE.COM Jun 25 2020 08:58:00      ONEMAIN,    P.O. Box 3251,
                 Evansville, In. 47731-3251
14468016       +EDI: AGFINANCE.COM Jun 25 2020 08:58:00      Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14477310        EDI: PRA.COM Jun 25 2020 08:58:00     Portfolio Recovery,    140 Corporate Blvd,
                 Norfolk, VA 23502
14487562       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2020 05:14:21      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14478812        EDI: Q3G.COM Jun 25 2020 08:58:00     Quantum3 Group LLC as agent for,    Aqua Finance,
                 PO Box 788,   Kirkland, WA   98083-0788
```

```
District/off: 0313-4              User: Keith             Page 2 of 3                  Date Rcvd: Jun 24, 2020
                                  Form ID: 318            Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14468018       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 25 2020 05:20:48     Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
14468024       +EDI: RMSC.COM Jun 25 2020 08:58:00       SYNCB/JCPenny,   P.O. Box 960090,
                 Orlando, FL 32897-0001
14468019       +EDI: RMSC.COM Jun 25 2020 08:58:00       Shop NBC,   PO BOX 960061,   Orlando, FL 32896-0061
14468022       +EDI: RMSC.COM Jun 25 2020 08:58:00       Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
14468023       +EDI: RMSC.COM Jun 25 2020 08:58:00       Syncb/Ashley Homestore,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
14494032        EDI: WFFC.COM Jun 25 2020 08:58:00       Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14468026       +EDI: WFFC.COM Jun 25 2020 08:58:00       Wf Bank Na,   Po Box 14517,   Des Moines, IA 50306-3517
                                                                                              TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14477291*     ++BB AND T,    PO BOX 1847,   WILSON NC 27894-1847
              (address filed with court:   Bb&T,   Po Box 2306,   Wilson, NC 27894)
14477290*      +Bay Finance Company Ll,    1 Corporate Dr Ste 300,   Wausau, WI 54401-1724
14477294*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:   Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
14477292*      +Cap1/Wmt,   Po Box 30285,   Salt Lake City, UT 84130-0285
14477295*      +Comenity Bank/Avenue,   Po Box 182789,   Columbus, OH 43218-2789
14477296*      +Comenity Bank/Lnbryant,   Po Box 182789,   Columbus, OH 43218-2789
14477297*      +Comenitybank/Wayfair,   Po Box 182789,   Columbus, OH 43218-2789
14477298*      +Comenitycb/Overstock,   Po Box 182120,   Columbus, OH 43218-2120
14477299*      +Commonwealth of Pennsylvania,   Dept of Revenue - Bankruptcy Division,   PO Box 280946,
                 Harrisburg, PA 17128-0946
14477300*      +Credit One Bank Na,   Po Box 98875,   Las Vegas, NV 89193-8875
14477301*      +Frc/Tbom,    5 Concourse Parkway, Suite 400,   Atlanta, GA 30328-9114
14477302*      +Internal Revenue Service,   Centralized Insolvency Operation,   P. O. Box 7346,
                 Philadelphia, PA 19101-7346
14477303*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
              (address filed with court:   Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850)
14477304*      +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14477305*      +Macys/Dsnb,   Po Box 8218,   Mason, OH 45040-8218
14477306*      +Merrick Bank Corp,   Po Box 9201,   Old Bethpage, NY 11804-9001
14477308*      +Natl Tire&Battery/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14477309*      +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14477311*      +Progressive Physicians,   95 Highland Ave. Suite 130,   Bethlehem, PA 18017-9483
14477312*      +Quicken Loans,   1050 Woodward Ave,   Detroit, MI 48226-1906
14477318*      +SYNCB/JCPenny,   P.O. Box 960090,   Orlando, FL 32897-0001
14477313*      +Shop NBC,   PO BOX 960061,   Orlando, FL 32896-0061
14477314*      +St Luke's Physician Group,    PO Box 25837,   Salt Lake City, UT 84125-0837
14477315*      +St Luke's University Health Network,    801 Ostrum Street,   Bethlehem, PA 18015-1000
14477316*      +Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
14477317*      +Syncb/Ashley Homestore,   950 Forrer Blvd,   Kettering, OH 45420-1469
14477319*      +Tbom/Atls/Fortiva Mc,    5 Concourse Pkwy,   Atlanta, GA 30328-5350
14494116*       Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
14477320*      +Wf Bank Na,   Po Box 14517,   Des Moines, IA 50306-3517
                                                                                   TOTALS: 0, * 29, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4              User: Keith                 Page 3 of 3                   Date Rcvd: Jun 24, 2020
                                  Form ID: 318                Total Noticed: 50
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              PATRICK J. BEST    on behalf of Debtor Patricia Connell Weathers patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.c
               om
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patricia Connell Weathers** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−7221** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **20−10927−pmm** | | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia Connell Weathers

6/24/20                                                        **By the court:**   Patricia M. Mayer
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                                      page 2